UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

JERRY VANDIVER,

        Plaintiff,                Case No. 1:10-cv-41

v.                                  HON. JANET T. NEFF

CORRECTIONAL MEDICAL
SERVICES, INC. et al.,

        Defendants.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed February 21, 2012 by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 140) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for TRO and Appointment of Counsel (Dkt 131) is **DENIED** for the reasons stated in the Report and Recommendation.


Dated: March 19, 2012                           /s/Janet T. Neff
                                                  JANET T. NEFF
                                                  UNITED STATES DISTRICT JUDGE